Case 19-43582-elm11 Doc 63-1 Filed 02/12/20   Entered 02/12/20 13:15:33   Page 1 of 10
Case 19-43582-elm11 Doc 62 Filed 02/12/20   Entered 02/12/20 12:37:50   Page 25 of 34
Case 19-43582-elm11 Doc 51 Filed 01/15/20   Entered 01/15/20 14:39:03   Page 17 of 26

## Odes - Massamo"s Offer

| Name | QTY | Price | Total |
|---|---|---|---|
| Bolt Cutter | 1 | 24.75 | 24.75 |
| Skill Saw | 1 | 100 | 100 |
| Hammer Drill | 1 | 100 | 100 |
| Extension Cords | 3 | 35 | 105 |
| Aluminum Ladder | 1 | 181.02 | 181.02 |
| Floor Scale | 1 | 390 | 390 |
| Tool Boxes w/ Tools | 2 | 470 | 940 |
| Safety Glasses | 4 | 6 | 24 |
| Dewalt Saw | 1 | 155 | 155 |
| Hog Pliers | 1 | 9.71 | 9.71 |
| Dock Door Locks | 1 | 51.78 | 51.78 |
| Ratchet | 1 | 9.51 | 9.51 |
| Dewalt drill | 8 | 180.22 | 1441.76 |
| Fridge in Warehouse White | 2 | 75 | 150 |
| Dock Plate | 0 | 847.25 | 0 |
| Time Clock | 1 | 199 | 199 |
| SM Black Rack | 1 | 16.12 | 16.12 |
| Power strips | 1 | 41.65 | 41.65 |
| Time Clock | 1 | 299.95 | 299.95 |
| 2 Flywheel Pullers | 1 | 117.91 | 117.91 |
| Air Hose and Air Connectors | 1 | 32.98 | 32.98 |
| Tools - Screw Drivers | 1 | 99 | 99 |
| upright 80 | 102 | 80 | 8160 |
| beam 16 | 640 | 16 | 10240 |
| wire deck 12 | 924 | 12 | 11088 |
| Total | | | 33977.1 |

Case 19-43582-elm11 Doc 63-1 Filed 02/12/20 Entered 02/12/20 13:15:33 Page 2 of 10

Case 19-43582-elm11 Doc 62 Filed 02/12/20 Entered 02/12/20 12:37:50 Page 26 of 34
Case 19-43582-elm11 Doc 51 Filed 01/15/20 Entered 01/15/20 14:39:03 Page 18 of 26

# VEHICLES

| Name | QTY | Price | Total |
|---|---|---|---|
| 2017 Ram 1500 2dr | 1 | 23000.00 | 23000.00 |
| 2017 Ram 1500 4dr | 1 | 44000.00 | 44000.00 |
| 2017 VW Touareg | 1 | 40000.00 | 40000.00 |
| TOTAL | | | 107000.00 |

Case 19-43582-elm11 Doc 63-1 Filed 02/12/20 Entered 02/12/20 13:15:33 Page 3 of 10
Case 19-43582-elm11 Doc 62 Filed 02/12/20 Entered 02/12/20 12:37:50 Page 27 of 34
Case 19-43582-elm11 Doc 51 Filed 01/15/20 Entered 01/15/20 14:39:03 Page 19 of 26

# TRAILERS

| Name | QTY | Price | Total |
|---|---|---|---|
| Generator 5000 Onan | 1 | 1900.00 | 1900.00 |
| Generator Adapter | 1 | 47.47 | 47.47 |
| Power Force Inverter | 1 | 377.11 | 377.11 |
| 220 Cord | 1 | 102.58 | 102.58 |
| Carpet (3) 10x50 | 1 | 1600.87 | 1600.87 |
| TOTAL | | | 4028.03 |

Case 19-43582-elm11 Doc 63-1 Filed 02/12/20    Entered 02/12/20 13:15:33    Page 4 of 10
Case 19-43582-elm11 Doc 62 Filed 02/12/20    Entered 02/12/20 12:37:50    Page 28 of 34
Case 19-43582-elm11 Doc 51 Filed 01/15/20    Entered 01/15/20 14:39:03    Page 20 of 26

# MOLDS

| Name | QTY | Price | Total |
|---|---|---|---|
| Enclosure Molds | 1 | 9200 | 9200 |
| UTV for Molds | 1 | 5900 | 5900 |
| Utility Patent | 1 | 4390 | 4390 |
| International Trademarks | 1 | 5390 | 5390 |
| Netsuite Investment (claim against them) | 1 | 102000 | 102000 |
| Enovation Software | 2 | 97560 | 97560 |
| Additional Trademarks | 8 | 1592 | 1592 |
|  |  |  | 226032 |
| Stopped using netsuite, need to sue. |  |  | -102000 |
| Total Actual |  |  | 124032 |

Case 19-43582-elm11 Doc 63-1 Filed 02/12/20 Entered 02/12/20 13:15:33 Page 5 of 10
Case 19-43582-elm11 Doc 62 Filed 02/12/20 Entered 02/12/20 12:37:50 Page 29 of 34
Case 19-43582-elm11 Doc 51 Filed 01/15/20 Entered 01/15/20 14:39:03 Page 21 of 26

## WARE HOUSE

| Name | Qty | Price |
|---|---|---|
| Pilot Bearing | | |
| Tusk Bearing Remover | 1 | 32.22 |
| K&L Strongarm | 1 | 95.75 |
| A-Frame Shop Press | 1 | 551.06 |
| 2 of Factory-Reconditional Dewalt DC825KR 18V Cordless | 1 | 123.33 |
| Camco Adpater | 1 | 236.28 |
| Crossover Utility Box | 1 | 39.97 |
| CV Joint Puller | 1 | 329.81 |
| ATV Tires for cop unit | 1 | 68.08 |
| Drill Batteries | 1 | 555 |
| Staple gun and staples | 1 | 117.72 |
| Air Kit (11), Drill Socket x 3 (2.99x3), insert bits (2.99), 38 bit (7.99), Impact Kit (6.99) | 1 | 13.75 |
| Tie downs, extension cord, tape measures, 1/2 and 3/8 socket, drill bit sets, 36 ratchet wrenchs | 1 | 78.45 |
| 10 clipboards, 6 surge protector | 1 | 199.62 |
| tape guns 3 | 1 | 37.68 |
| | 1 | 34.02 |
| Camera's | | |
| Camera's | 1 | 400 |
| Bolt Cutters | 1 | 319.67 |
| Wood, 18"K Bolt, Skill Saw 71/4, HammerDrill | 1 | 24.75 |
| Alum Step Ladder 60 | 1 | 975.05 |
| Cord & Safety Glasses | 10 | 600 |
| 8 Fire extinguishers | 1 | 33.22 |
| Elect tape- wirecutter-wiring tool-long nose pliers | 1 | 400 |
| alarm sensors assets | 1 | 41.91 |
| Warehouse Fan98 (total on receipt) | 1 | 771.8 |
| Floor Scale, 6600-lb 40x40 | 10 | 980 |
| | 1 | 398.68 |
| two complete tool boxes and tools | 1 | 6000 |

Case 19-43582-elm11 Doc 63-1 Filed 02/12/20 Entered 02/12/20 13:15:33 Page 6 of 10
Case 19-43582-elm11 Doc 62 Filed 02/12/20 Entered 02/12/20 12:37:50 Page 30 of 34
Case 19-43582-elm11 Doc 51 Filed 01/15/20 Entered 01/15/20 14:39:03 Page 22 of 26

| Item | Qty | Price |
|---|---|---|
| dust mask, glasses, cleaning rags, hose clamp | 1 | 17.91 |
| dewalt 10a saw | 1 | 155.9 |
| racks | 1 | 220 |
| racks | 1 | 3638.6 |
| hog ring pliers | 1 | 9.71 |
| locks and utiil knives | 1 | 51.78 |
| 3/8" dr rev ratchet | 1 | 10.79 |
| Flywheel Puller | 1 | 117.91 |
| air hose, air inflator, plug, coupler 32.98 | 1 | 32.98 |
| Racks - 14 uprights ($65) 101 Beams ($15) | 1 | 2473 |
| TOTAL | | 20186.4 |

Case 19-43582-elm11  Doc 63-1  Filed 02/12/20  Entered 02/12/20 13:15:33  Page 7 of 10
Case 19-43582-elm11  Doc 62  Filed 02/12/20  Entered 02/12/20 12:37:50  Page 31 of 34
Case 19-43582-elm11  Doc 51  Filed 01/15/20  Entered 01/15/20 14:39:03  Page 23 of 26

## Furniture / Other

| Name | QTY | Price | Total |
|---|---|---|---|
| XL Desk | 3 | 230 | 690 |
| Large Desk | 5 | 150 | 750 |
| Medium Desk | 1 | 85 | 85 |
| Small Desk | 3 | 50 | 150 |
| Large File Cabinet | 6 | 125 | 750 |
| Medium File Cabinet | 2 | 100 | 200 |
| Good Rolling Chair | 6 | 150 | 900 |
| Rolling Chair | 16 | 90 | 1440 |
| Mesh Chair | 0 | 100 | 0 |
| Sitting Chair | 5 | 40 | 200 |
| Conference Chair | 0 | 45 | 0 |
| Conference Table Wood | 1 | 150 | 150 |
| Conference Table Glass | 1 | 300 | 300 |
| Couch Ikea | 0 | 275 | 0 |
| Office Fan | 2 | 30 | 60 |
| Ikea Table, Accessories | 0 | 800 | 0 |
| Pictures | 8 | 100 | 800 |
| Curtains | 2 | 139.1 | 278.2 |
| MicroSoft Office | 3 | 199 | 597 |
| Frames for Dealers | 1 | 53.85 | 53.85 |
| Skirt for Trailer | 0 | 238.06 | 0 |
| Blackout Curtains Navy | 0 | 55.99 | 0 |
| Giant Safe | 0 | 867.01 | 0 |
| Shop Press | 1 | 123.33 | 123.33 |
| K&L Supply Tire Changer | 0 | 1530.92 | 0 |
| Impact Gun | 2 | 101.99 | 203.98 |
| CV Joint Puller | 1 | 68.08 | 68.08 |
| Dewalt Battery 2 Pack | 8 | 117.72 | 941.76 |
| Plastic Plug Puller | 6 | 9.7 | 58.2 |
| Vinyl Chair Mat | 2 | 68.5 | 137 |
| Roomba | 1 | 139 | 139 |
| Pitney Bowes Printer | 1 | 150 | 150 |
| Radios | 15 | 22 | 330 |
| White Board | 6 | 25.72 | 154.32 |
| Sunbeam Microwave | 3 | 55.39 | 166.17 |
| Magic Chef Microwave | 0 | 75 | 0 |
| Black Square Shelves | 2 | 40 | 80 |
| Small Glass Tables | 0 | 40 | 0 |
| Zebra Printers | 4 | 150 | 600 |
| Black End Tables | 0 | 40 | 0 |
| Keurig Machine | 2 | 200 | 400 |
| Original Coffee Maker | 1 | 50 | 50 |

Case 19-43582-elm11 Doc 63-1 Filed 02/12/20 Entered 02/12/20 13:15:33 Page 8 of 10
Case 19-43582-elm11 Doc 62 Filed 02/12/20 Entered 02/12/20 12:37:50 Page 32 of 34
Case 19-43582-elm11 Doc 51 Filed 01/15/20 Entered 01/15/20 14:39:03 Page 24 of 26

| TOTAL | | | 11005.89 |
|---|---|---|---|

## Advertising/Promo

| Name | QTY | Price | Total |
|---|---|---|---|
| Aluminum Booth | 0 | 2773.34 | 0 |
| Two Bros Stand | 1 | 238.95 | 238.95 |
| Go Pro Cameras 2 | 4 | 280 | 1120 |
| Good Helmet | 6 | 110.2 | 661.2 |
| Helmets General | 8 | 66 | 528 |
| 10 Graphics Kits | 0 | 1250.46 | 0 |
| Sound Proof Material | 0 | 215.54 | 0.00 |
| 20x40 tent | 1 | 4829.46 | 4829.46 |
| 10.0 Memory SD Card | 1 | 36.49 | 36.49 |
| Camera 60d, Mic, Light, Bag | 1 | 1120.25 | 1120.25 |
| 2.0 external hd | 2 | 248.39 | 496.78 |
| Show display for builts, Mats, Banners, PU Orders | 1 | 2112.75 | 2112.75 |
| 12 Mesh Chairs | 2 | 356.37 | 712.74 |
| 3 Pop up Tables | 1 | 128.91 | 128.91 |
| 10x10 pop up | 1 | 100.25 | 100.25 |
| Kodak Camera | 1 | 56.42 | 56.42 |
| TOTAL | | | 12142.2 |

## Computers/Monitor/Printer/Phones

| Name | QTY | Price | Total |
|---|---|---|---|
| oip headsets | 3 | 165 | 495 |
| Wireless headsets | 2 | 190 | 380 |

Case 19-43582-elm11 Doc 63-1 Filed 02/12/20 Entered 02/12/20 13:15:33 Page 9 of 10
Case 19-43582-elm11 Doc 62 Filed 02/12/20 Entered 02/12/20 12:37:50 Page 33 of 34
Case 19-43582-elm11 Doc 51 Filed 01/15/20 Entered 01/15/20 14:39:03 Page 25 of 26

| Item | Qty | Price | Total |
|---|---|---|---|
| Laptop New | 6 | 350 | 2100 |
| Laptop Old | 4 | 175 | 700 |
| Att Work Cell Phones | 6 | 100 | 600 |
| AlienWare Computer | 2 | 2372.05 | 4744.1 |
| Back Pack Alien Ware | 2 | 124.18 | 248.36 |
| VOIP Phone | 13 | 80 | 1040 |
| Monitor | 13 | 50 | 650 |
| Computer Tower | 2 | 300 | 600 |
| Lazer Printer | 7 | 179 | 1253 |
| Apple Laptop, with External | 1 | 2620.82 | 2620.82 |
| Cell Phone Metro 2 | 2 | 100 | 200 |
| Keyboard | 6 | 17.23 | 103.38 |
| Mouse | 4 | 14.95 | 59.8 |
| Iphone5 | 1 | 518.02 | 518.02 |
| Airplane inverter | 0 | 99 | 0 |
| Small Camera | 1 | 130 | 130 |
| Small Video Camera | 2 | 499 | 998 |
| Big Sony Camera | 1 | 3486.73 | 3486.73 |
| 3 Folding Tables | 8 | 116.32 | 930.56 |
| Phone Cord | 3 | 16.16 | 48.48 |
| Iphone4 for Warranty | 1 | 51.03 | 51.03 |
| Cork Boards | 2 | 95.08 | 190.16 |
| Trash Cans | 10 | 18 | 180 |
| black window curtains | 0 | 23.74 | 0 |
| Case for Hard drives | 0 | 87.45 | 0 |
| Gas Cans (2) | 9 | 36.7 | 330.3 |
| Headset | 0 | 210.99 | 0 |
| Vag-Com Cable | 0 | 11.98 | 0 |
| Voip headsets | 0 | 208.77 | 0 |
| VOIP Phone | 0 | 61.95 | 0 |
| Tablet with Case | 2 | 142.98 | 285.96 |
| Bluetooth Headset | 0 | 36.12 | 0 |
| 15.6Inch Laptop | 0 | 399.99 | 0 |
| 16Inch Monitor | 0 | 69.99 | 0 |
| Wireless Mouse | 1 | 8.6 | 8.6 |
| Keyboard | 0 | 6.86 | 0 |
| 15.6Inch Laptop | 0 | 419.99 | 0 |
| 20Inch Monitor | 1 | 99.99 | 99.99 |
| VOIP Phone and Power Cord | 0 | 79.68 | 0 |
| HDMI Cable | 4 | 5.99 | 23.96 |
| HDTV XBOX Cable | 0 | 6.3 | 0 |
| 35' Ethernet Cable | 4 | 9.99 | 39.96 |
| Lithium Battery Charger | 0 | 11.09 | 0 |
| VOIP Phone | 0 | 62 | 0 |

Case 19-43582-elm11 Doc 63-1 Filed 02/12/20 Entered 02/12/20 13:15:33 Page 10 of 10
Case 19-43582-elm11 Doc 62 Filed 02/12/20 Entered 02/12/20 12:37:50 Page 34 of 34
Case 19-43582-elm11 Doc 51 Filed 01/15/20 Entered 01/15/20 14:39:03 Page 26 of 26

| | | | |
|---|---|---|---|
| Apple Desktop | 0 | 1279 | 0 |
| Apple Superdrive | 1 | 79 | 79 |
| Wireles Gaming Mouse | 0 | 24.98 | 0 |
| Linksys Modems | 3 | 100 | 300 |
| Main Router | 1 | 100 | 100 |
| Brother Printers | 3 | 300 | 900 |
| VGA Cables | 3 | 10 | 30 |
| Network/Ethernet Cables | 13 | 10 | 130 |
| Wifi Adapters | 3 | 50 | 150 |
| G-Drives | 3 | 250 | 750 |
| 1TB External Hard Drive | 1 | 100 | 100 |
| | | | 25655.21 |

48803.3