Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| ODES INDUSTRIES, LLC | § | Case no. 19-43582-11 |
|     DEBTOR | § | |

MOTION TO DISMISS

**NO HEARING WILL BE CONDUCTED HEREIN UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, 501 TENTH STREET, 1ST FLOOR, FORT WORTH, TEXAS 76102 BEFORE 5:00 O'CLOCK P.M., ON JUNE 25, 2021, WHICH IS TWENTY-ONE (21) DAYS FROM THE
DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK. A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Odes Industries, LLC ("Odes") Debtor in the above styled and numbered cause and files this its Motion for Distribution ("Motion") and in support thereof would respectfully show unto the Court as follows:

1. This Court has jurisdiction over this proceeding and the parties and property affected hereby pursuant to 28 U.S.C. §§1334 and 157.

2. The Debtor commenced this proceeding on August 31, 2019 by filing a voluntary petition under Chapter 11 of the United States Bankruptcy Code. Since the filing of the petition, the Debtor has remained in possession of its assets and continued in operation of its business as a debtor-in-possession pursuant to 11 U.S.C. §§1107 and 1108.

3. The Debtor's business consisted on the ownership of a manufacturer and distributor of off road vehicles.

4. As a result of the Debtor's inability to get product and lack of needed capital, the Debtor was forced to cease operations.

5. Pursuant to Court Order entered March 9, 2020 (docket 69) the Debtor sold its remaining assets to Massimo Motor Sports.

6. Thereafter, the Debtor commenced certain litigation to recover assets the Debtor contented were owned by the Debtor ("Lawsuit").

7. The Lawsuit was eventually settled by Court Order January 5 ,2021 (docket number 124) and the Debtor received proceeds.

8. The Debtor no longer has operations and has no assets which have not been liquidated.

9. On April 19, 2021 the Court overruled the Debtor's Objection to the claim of the

United States Customs and Boarder Patrol Agency ("Customs") and allowed the Customs claim in the priority amount of $1,298, 106.06.

10. On May 24, 2021 the Court granted the Debtor's Motion to Pay.

11. In accordance with te Court 's May 24, 2021 Order the Debtor has distributed all its funds to the administrative creditors, taxing creditors and the balance to the Customs creditor.

12. There are no assets of the Debtor and no operations of the Debtor.

13. Debtor seeks to dismiss this proceeding.

WHEREFORE, PREMISES CONSIDERED, the Debtor would request the Court enter an order dismissing this case, and for such other and further relief as it may show itself justly entitled.

Respectfully submitted,

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

By:_/s/ Eric Liepins_____
Eric A. Liepins, SBN 12338110

PROPOSED ATTORNEY FOR DEBTOR

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion was sent via ECF or mail to all creditors of the estate on this the 1st day of June 2021.

____/s/ Eric Liepins_____
Eric A. Liepins